UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ERICK CAMPOS, | § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:26-CV-203 |
| | § § | |
| FRANCISCO VENEGAS, *et al.*, | § § | |
| Respondents. | § § | |

## ORDER AND PERMANENT INJUNCTION

Petitioner Erick Campos is a national of El Salvador currently detained by United States immigration authorities in the Southern District of Texas. (*See* Emergency Pet., Doc. 2–1) Campos has protection from removal to El Salvador. (*See* Notice, Doc. 19)

In a Verified Petition, Petitioner alleges that Respondents intend to remove him to Mexico imminently, that he fears removal to that country, and that such removal would violate his statutory and constitutional rights. To maintain the status quo, the Court entered a Temporary Restraining Order and set a hearing on Petitioner's claims. (Order, Doc. 6; Order, Doc. 9)

On February 25, 2026, the Court held a hearing at which the parties presented their arguments on the pending issues. Respondents confirmed that Petitioner received a reasonable fear interview regarding Mexico, which determined that Petitioner did not satisfy the reasonable fear criteria for removal to Mexico. (*See* Third Country Screening Notice, Doc, 12–1)

The issues that Petitioner raises in the instant matter are substantively similar to the issues presented in *Aranda Gomez v. Bondi, et al.,* No. 1:25-cv-258 (S.D. Texas–Brownsville Division) (Order and Opinion, Doc. 24). In that case, this Court has issued its Order and Opinion analyzing the issues and granting a preliminary injunction as to some of the requested relief.

Based on the record in the instant matter and the applicable law, the Court finds that the analysis in the *Aranda Gomez* Order and Opinion applies equally to the issues that Petitioner

raises here.  The Court adopts the reasoning of that Order and Opinion by reference.  At the February 25 hearing, the Court indicated as much and that it would grant the injunctive relief provided in the *Aranda Gomez* Order and Opinion.  As this habeas action largely concerns legal issues and the development of a factual record is not anticipated, and in response to the Court's inquiry, the parties voiced no objection to the Court converting the relief into a Permanent Injunction.

As a result, it is:

**ORDERED** that Petitioner Erick Campos's Petition for Writ of Habeas Corpus (Doc. 1) and Emergency Motion for a Temporary Restraining Order or Preliminary Injunction (Doc. 2) are **GRANTED IN PART AND DENIED IN PART**;

**ORDERED** that Respondents shall comply with the notice provisions of the 2025 Guidance as to Petitioner, irrespective of whether the Secretary has determined that the country of removal has provided credible diplomatic assurances that aliens removed to that country will not be persecuted or tortured, and subject to the other requirements in this Order;

**ORDERED** that Respondents may not remove Petitioner to the designated third country less than seven days after providing him with the notice of the country to which he will be removed; and

**ORDERED** that Respondents' Motion to Dismiss (Doc. 11) is **DENIED**.

 Based on the record, the Court finds that Respondents have complied with the injunctive relief that this Order and Permanent Injunction requires.  As a result, and to afford Petitioner an opportunity to seek appellate or other forms of relief before removal, it is also:

**ORDERED** that Respondents shall not remove or deport Petitioner Erick Campos on or before March 6, 2026.

The Clerk of Court is directed to close this matter.

Issued on February 26, 2026.

*Fernando Rodriguez, Jr.*
_____
Fernando Rodriguez, Jr.
United States District Judge